UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN MILLER, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br>v.<br><br>FREE PEOPLE, LLC and FREE PEOPLE OF PA LLC,<br>                          Defendants. | C.A. No: 1:14-cv-12018-NMG |

**PLAINTIFF'S MOTION TO REMAND**

      Plaintiff moves, pursuant to 28 U.S.C. § 1447 to remand this action to the Massachusetts Superior Court, from which it was removed by Defendants, because there is no federal subject matter jurisdiction over this action. In their removal papers, Defendants' assert that federal jurisdiction exists is based solely on the Class Action Fairness Act of 2005 ("CAFA"). However, Defendants have not met their burden of demonstrating that the jurisdictional amount in controversy under CAFA has been satisfied and that, therefore, that this Court has subject matter jurisdiction. Absent subject matter jurisdiction, the Court cannot hear this action and must remand it to the Superior Court.

      This Motion is supported by Plaintiff's contemporaneously filed Memorandum of Law in Support of Motion to Remand, and all pleadings and papers filed in this action.

      WHEREFORE, Plaintiff respectfully requests that this action be remanded to the Massachusetts Superior Court.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel certify that they have conferred with counsel for Defendant in a good faith effort to resolve or narrow the issues raised by this Motion, but were unable to do so.

Dated:   September 2, 2014                              LAUREN MILLER individually and on behalf of all others similarly situated,

*/s/ David Pastor*
David Pastor (BBO# 391000)
PASTOR LAW OFFICE, LLP
63 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel:  (617) 742-9700
Fax: (617) 742-9701
Email:  dpastor@pastorlawoffice.com


D. Greg Blankinship (BBO# 655430)
FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY  10605
Tel:  (914) 298-3281 x 2801
Fax:  (914) 824-1561
Email: gblankinship@fbfglaw.com

Preston W. Leonard (BBO# 680991)
LEONARD LAW OFFICE, P.C.
63 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel:  (617) 329-1295
Email: pleonard@theleonardlawoffice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 2, 2014.

/s/ David Pastor_____
David Pastor